**Terry U. BIRMINGHAM, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77797**

Missouri Court of Appeals, Western District.

ORDER FILED: September 29, 2015

Susan L. Hogan, Appellate Defender, Kansas City, MO, Attorney for Appellant.

Chris Koster, Attorney General, Daniel N. McPherson, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division Three: Karen King Mitchell, Presiding Judge, and Lisa White Hardwick and Anthony Rex Gabbert, Judges

### Order

Per Curiam:

Terry Birmingham appeals the denial, after an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. On appeal, Birmingham raises two claims of ineffective assistance of trial counsel. Because Birmingham failed to meet his burden of proving that counsel provided ineffective assistance, we affirm. Rule 84.16(b).